**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANDREW YOUNG, | ) |
| Plaintiff, | ) |
| | ) 2:07-cv-00484-RCJ-LRL |
| v. | ) |
| | ) **ORDER AND RECOMMENDATION** |
| JAMES A. KAKU AND DARREL KAKU, | ) |
| Defendants. | ) |

Before the court is plaintiff's Motion to Assign Nevada Investigative Groups, LLC to Find and Serve the Defendant Darrel Kaku, with a Copy of the Summons and Complaint (#83). Also before the court is plaintiff's Motion for Enlargement of Time to Have Defendant, Darrel Kaku Served With a Copy of the Summons and Complaint (Fifth Request) (#85). For the following reasons, both motions (##83, 85) will be denied.

**Motion (#83)**

Through his Motion (#83), plaintiff requests this court to appoint and pay Nevada Investigative Groups, LLC, $500 to locate and perfect service on Darrel Kaku. Plaintiff is appearing *in forma pauperis*, and is therefore entitled to service of his summons and complaint by the U.S. Marshal service. *In forma pauperis* status does not, however, entitle plaintiff to court-funded private investigation services. Plaintiff's Motion to Assign Nevada Investigative Groups, LLC to Find and Serve the Defendant Darrel Kaku, with a Copy of the Summons and Complaint (#83) shall therefore be denied.

**Motion (#85)**

Through his Motion (#85), plaintiff requests an additional 120 days in which to serve Darrel Kaku. On May 12, 2010, this court granted plaintiff's Motion to Extend Time for Service of Summons

and Complaint for Defendant Darrel Kaku (Fourth Request) (#78). Order (#79). Pursuant to Order (#79), the deadline to serve Darrel Kaku was June 14, 2010, or 305 days after the original deadline to serve the Amended Complaint (#39). The court warned plaintiff, "This is the last extension of time to serve Kaku that the court will grant." *Id.* Plaintiff was further warned that if he failed to effect service on Darrel Kaku by June 14, 2010, his action against Darrel Kaku would be dismissed.

Accordingly, and for good cause shown,

IT IS ORDERED that plaintiff's Motion to Assign Nevada Investigative Groups, LLC to Find and Serve the Defendant Darrel Kaku, with a Copy of the Summons and Complaint (#83) is DENIED.

IT IS FURTHER ORDERED that plaintiff's Motion for Enlargement of Time to Have Defendant, Darrel Kaku Served With a Copy of the Summons and Complaint (Fifth Request) (#85) is DENIED.

IT IS FURTHER RECOMMENDED that Darrel Kaku be dismissed without prejudice as a defendant in this action.

DATED this 21st day of June, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2