JAMES E. SMYTH II
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone: (702) 792-7000
Fax: (702) 796-7181

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW YOUNG, | Case No. 2:07-CV-004848-GMN-LRL |
| Plaintiff, | |
| vs. | **ORDER GRANTING EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE** |
| JAMES A. KAKU AND DARREL KAKU | |
| Defendants. | |

The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice filed by Lisa Zastrow, Esq., of the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino, and Good Cause Appearing, it is hereby

ORDERED, Lisa J. Zastrow, Esq., be removed from CM/ECF service list for this matter, it is further

ORDERED, the Clerk of Court is directed to take necessary action to effectuate this Order.

DATED this 22nd day of November, 2010.

_____
Gloria M. Navarro
United States District Judge

948905_1.DOC [Client-Matter]